*J. B. Thompson, appellant.*

———, *for appellee.*

---

BENJAMIN JONES & WIFE *v.* ISAAC CUNNINGHAM, ETC.

**Husband and Wife—Judgment—Levy Under.**

In an action against a husband and wife for debts incurred by the wife prior to their marriage, judgment may be rendered against them, but as to the husband, the judgment should only be levied upon the property which had come, or might have come to him through the marriage.

APPEAL FROM CLARK CIRCUIT COURT.

December 8, 1872.

OPINION BY JUDGE HARDIN:

It seems that the judgment is only final so far as it directs the payment of Parker's debt. As to that, it appearing that Mrs. Jones was properly chargeable with enough to pay it, for indebtedness incurred before her marriage with her husband, Jones, it was proper to render judgment against them, but as to the husband, the judgment should only have been to be levied upon property which had come, or might come, to him by the marriage, instead of the ordinary personal judgment which was given against him as well as his wife. *Beaumont v. Miller,* 1 Metcalf, 70; *Fultz v. Fox,* 9 B. Monroe 499.

This case differs from those of *Agner and Wife v. Williams,* 1 Bush 4, and *Curd v. Dodds,* 6 Bush 681, in the essential fact that the liability of the wife, Mrs. Jones, existed at the time of her marriage, and was not merely a claim arising thereafter against her separately or in conjunction with her husband.

Wherefore, for the error indicated in rendering the judgment against Benjamin Jones, it is reversed, and the cause remanded for a judgment not inconsistent with this opinion.

*Eginton, for appellants.*

*J. Simpson, for appellees.*